ALEXANDER POLIN, Appellant, *v.* SAM KAPLAN, as President of Moving Picture Machine Operators' Union of Greater New York, Local No. 306, Respondent. .

CHARLES SCHNEIDER, Appellant, *v.* SAM KAPLAN, as President of Moving Picture Machine Operators' Union of Greater New York, Local No. 306, Respondent.

(Submitted October 19, 1931; decided October 23, 1931.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 257 N. Y. 27..)